

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2016

No. 04-15-00683-CV

Barton **WADE**,
Appellant

v.

**SABR MORTGAGE LOAN 2008-1 REO SUBSIDIARY-1 LLC**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2015CV03726
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant filed a motion to correct the reporter's record. After review, we **DENY** appellant's motion.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court